United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA DEL CARMEN LOPEZ , | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | Civil Action No. 7:23-cv-00202 |
| | § | |
| HORACE MANN INSURANCE COMPANY | § | **JURY DEMANDED** |
| *Defendant.* | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Maria Del Carmen Lopez and Defendant Horace Mann Insurance Company. After reviewing the stipulation, this Court believes the Joint Stipulation of Dismissal with Prejudice should be granted.

IT IS THEREFORE ORDERED the Joint Stipulation of Dismissal with Prejudice is GRANTED.

IT IS FURTHER ORDERED Plaintiff Maria Del Carmen Lopez claim and causes of action against Defendant Horace Mann Insurance Company are hereby DISMISSED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT that resolves all claims for all parties.

SIGNED this _8th_ day of _August_____, 2023

_Ricardo H. Hinojosa_

HONORABLE JUDGE
UNITED STATES DISTRICT JUDGE